UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAJESH ARASANAPALAI )
VARADHAN, )
450 North Mathilda Avenue )
Apartment Q 207 )
Sunnyvale, CA 94086 )     COMPLAINT FOR WRIT OF
                         )     MANDAMUS AND FOR INJUNCTIVE
       Plaintiff, )     RELIEF
   v. )
                         )     CIVIL ACTION NO.
MICHAEL B. MUKASEY, Attorney )
General of the United States, in his )     ALIEN NO. A97-973-358
official capacity as well as his )
successors and assigns, )     AGENCY CASE NO. EAC0404951414
U.S. Department of Justice, )
950 Pennsylvania Avenue, N.W., )     REQUEST FOR ORAL ARGUMENT
Washington, D.C. 20530-0001, )
                         )
       and )
                         )
ROBERT S. MUELLER, III, Director, )
Federal Bureau of Investigation, )
In his official capacity, as well as his )
successors and assigns, )
J. Edgar Hoover Building, )
935 Pennsylvania Avenue N.W., )
Washington, DC 20535-0001 )
                         )
       and )
                         )
EMILIO T. GONZALEZ, Director, )
U.S. Department of Homeland )
Security, U.S. Citizenship and )
Immigration Services, in his official )
capacity, as well as his successors )
and assigns, )
20 Massachusetts Avenue, N.W., )
Washington, DC 20529 )
                         )
       and )
                         )
PAUL E. NOVAK, JR., Director, )
Vermont Service Center, )
U.S. Department of Homeland )
Security, U.S. Citizenship and )
Immigration Services, in his official )
capacity as well as his successors )
and assigns, )
75 Lower Welden Street, )
St. Albans, VT 05479-0001 )
                         )
       Defendants. )

**COMPLAINT FOR WRIT OF MANDAMUS
AND INJUNCTIVE RELIEF**

**To the Honorable Judges of Said Court:**

COMES NOW, Plaintiff, Rajesh Arasnanapalai Varadhan, through his undersigned counsel, and alleges as follows:

**I. INTRODUCTION**

1.      This is a civil action seeking mandamus and injunctive relief based upon the failure of the Federal Bureau of Investigation ("FBI") to complete Plaintiff's National Name Check Program clearance, which has unreasonably delayed any adjudication of the Form I-140 Immigrant Petition for Alien Worker, which was filed by Plaintiff's employer, Imagen Interactive, Inc., pursuant to §203(b)(3) of the Immigration and Nationality Act, 8 U.S.C. §1153 ("INA"), on **December 9, 2003**. *See*, Affidavit of Rajesh Arasnanapali Varadhan, dated January 18, 2008, a copy of which is attached and incorporated hereto as "Exhibit A."

2.      Plaintiff seeks to compel Defendants Attorney General Mukasey and FBI Director Robert Mueller, and those acting under their direction, to complete Plaintiff's FBI National Name Check Program clearance (generating a "FBIQUERY System" response), which is required before the U.S. Citizenship and Immigration Service ("USCIS") can adjudicate this I-140 petition, pursuant to §203(b)(3) of the INA, the Mandamus and Venue Act (28 U.S.C. §1361) ("Mandamus Act"), 8 U.S.C. §1101 (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), and the Administrative Procedures Act (5 U.S.C. §551 and §701, et seq.) ("APA").

3.      Attorneys fees and costs are entitled to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 5 U.S.C. § 504 and 28 U.S.C. § 2412(d), *et seq.*[1]

**II. PARTIES**

4.      Plaintiff, Rajesh Arasanapalai Varadhan, is an adult individual who is a national of India and resides lawfully in the United States. He resides at 450 North Mathilda Avenue, Apartment Q 207, Sunnyvale, California 94086. *See*, Exhibit A.

5.      Michael B. Mukasey is the Attorney General of the United States and this action is brought against him in his official capacity only, as well as his successors and assigns.  He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the FBI, which is an agency within the U.S. Department of Justice.  More specifically, Mr. Mukasey is responsible for overseeing the FBI's National Name Check Program ("NNCP"), which is mandated by Executive Order No. 10450.  Presently, every intending immigrant must complete an FBI NNCP screening before an I-140 petition filed on his or her behalf can be approved. *See*, 22 C.F.R. §42.67(c)(2).

6.      Robert S. Mueller, III, is the Director of the FBI and is named herein only his official capacity, as well as his successors and assigns, and his duties include ensuring timely completion of all requests made by the USCIS for security clearances, including NNCP screenings. The FBI is headquartered at the J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, DC 20535-0001.

7.      Dr. Emilio Gonzalez is the Director of the USCIS, who is named herein only his official capacity, as well as his successors and assigns.  He is generally charged with the implementation of the Immigration and Nationality Act,

---

[1] *See*, Elkhatib v. Bulger, 2006 U.S. Dist. LEXIS 60485 (S.D. Fla. 2006) (fees granted after a plaintiff succeeded in his mandamus action seeking to compel the USCIS to adjudicate his adjustment application) and Aboushaban v. Mueller, 2007 U.S. Dist. LEXIS 15402 (N.D. Cal. 2006) (fees granted after the Court granted a plaintiff's writ of mandamus and ordered the USCIS to adjudicate his adjustment application).

and is further authorized to delegate such powers and authority to subordinate employees of the USCIS.  USCIS is specifically assigned the adjudication of immigrant worker petitions.  USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, DC 20529.

8.    Defendants Mukasey, Gonzalez and Mueller are federal officers and agency heads who perform a significant amount of their official duties in the District of Columbia.

9.    Paul E. Novak, Jr. is the District Director of the Vermont Service Center ("VSC") of the USCIS and is named herein only in his official capacity, as well as his successors and assigns. The I-140 Immigrant Petition for Alien Worker in question was properly filed on Plaintiff's behalf with the VSC, and that office retained his application for several years without adjudication (in spite of a subsequent request for Premium Processing and the required payment of one thousand dollars ($1,000) on August 30, 2006).  USCIS, through its headquarters in Washington, D.C., any of its four (4) service centers, National Benefits Center, numerous Field Offices, numerous Sub-Offices and Application Support Centers, has a mandatory duty to act on this delayed I-140 Petition within a reasonable period of time.

III. JURISDICTION

10.    This Honorable Court has subject matter jurisdiction over this Complaint under the Constitution and laws of the United States, including the Fifth Amendment to the U.S. Constitution[2], provisions of Title 8 U.S.C. §1101 (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), 28 U.S.C. §1331 (federal question jurisdiction), 28 U.S.C. §1361 (Mandamus Act), 28 U.S.C. §1651 (All Writs Act) as well as under 5 U.S.C. §555 and 701, et seq. (APA).  Relief is requested pursuant to the U.S. Constitution and these statutes.

---

[2] The U.S. Supreme Court reminds us that, "the Due Process Clause applies to all 'persons' within the United States, including aliens, whether their presence is lawful, unlawful, temporary, or permanent."  See Zadvydas v. Davis, 533 U.S. 678, 679 (2001)

11.    When Congress enacted The Immigration Services and Infrastructure Improvements Act of 2000, it set the period of one-hundred-and-eighty days (180) as the normative expectation for the government to complete the processing of an immigrant benefit application.  This 180 day period, which begins upon the initial filing of the application, is considered a **reasonable processing time**.    See, 8 U.S.C. §1571 and Konchitsky v. Chertoff, 2007 U.S. Dist. LEXIS 53998 at 11-15 (N.D. Cal. July 13, 2007)

12.    **Plaintiff's I-140 Petition has therefore been pending three-and-one-half (3.5) years longer than is considered reasonable** under 8 U.S.C. §1571.

13.    This action is filed in response to unreasonable agency delay and failure to complete Plaintiff's FBI NNCP screening and issue a "FBIQUERY System" response to the USCIS, which has unreasonably prevented the adjudication of this I-140 petition, in violation of the APA.  Plaintiff merely seeks to compel FBI action on an unreasonably delayed NNCP screening.  **Plaintiff does not seek review of a discretionary decision rendered or act by non-FBI Defendants, including any action on the part of Defendant USCIS.**

14.    There are no administrative remedies available to Plaintiff to redress his grievances described herein.  As described more fully below, Plaintiff has contacted the USCIS' Vermont Service Center, the USCIS' Vermont Service Center's Premium Processing Unit, his local USCIS Field Office, the USCIS Ombudsman ("CISO") and U.S. Congresswoman Anna G. Eshoo.

15.    Plaintiff's instant action challenges only the reasonableness of Defendants' delay or inaction in the completion of his NNCP screening and transmission of a "FBIQUERY System" response to the USCIS, not the grant or denial of the I-140 Petition, therefore the jurisdictional limitations of 8 U.S.C. §1252 do not apply.

16.     This Court, in an opinion by U.S. District Judge Emmet G. Sullivan,
has specifically held that it has subject matter jurisdiction to hear a similar cause of
action under the APA filed by an alien whose I-485 adjustment application had been
pending since July 23, 2003.  *See*, Liu v. Novak, 509 F.Supp. 2d 1, 13 (D.D.C. Aug.
30, 2007)

17.     As noted in Judge Sullivan's opinion, there is significant district court
authority holding that subject matter jurisdiction is appropriate for judicial review of
an **agency's failure to take action** or to review the pace of adjustment application
processing.  Id., at 11-12.  *See also*, Tang v. Chertoff, 2007 U.S. Dist. LEXIS 64022
at *14-19 (E.D. Ky. Aug, 29, 2007) (**granting a preliminary injunction and writ of
mandamus** after finding that USCIS had a non-discretionary duty to process
plaintiff's I-485 applications); Xu v. Chertoff, 2007 U.S. Dist. LEXIS 55215 at *2 (E.D.
Mich. July 31, 2007) (duty to process I-485 applications within a reasonable time is a
**non-discretionary duty** imposed by the APA and reviewable through the
mandamus statute); Yan Yang v. Gonzales, 2007 U.S. Dist. LEXIS 42143 at *6 (S.D.
Oh. June 11, 2007) (a complaint invoking the court's **mandamus jurisdiction** to
compel resolution of I-485 application was appropriate); Song v. Klapakas, 2007
U.S. Dist. LEXIS 27203 at *10 (E.D. Pa. April 12, 2007) (**mandamus jurisdiction** is
appropriate because defendants owe plaintiffs a **non-discretionary duty** to act on
their adjustment of status applications in a reasonable time); Saleem v. Keisler, 2007
U.S. Dist. LEXIS 80044 at *37 (W.D. Wisc. Oct. 26, 2007) (USCIS ordered to
adjudicate adjustment application within 60 days); Jin v. Heinauer, 2007 U.S. Dist.
LEXIS 89214 at *12-13 (S.D. Ohio Dec. 4, 2007) (USCIS ordered to adjudicate
adjustment application within 90 days); Gershenzon v. Gonzales, 2007 U.S. Dist.
LEXIS 68600 (W.D. Pa. Sept. 17, 2007) (motion to dismiss denied where USCIS had
not adjudicated an adjustment application for more than three years due to an

incomplete FBI NNCP screening); Liu v. Chertoff, 2007 U.S. Dist. LEXIS 50173 (E.D.

Cal. July 11, 2007) (two-and-a-half year delay); Okunev v. Chertoff, 2007 U.S. Dist.

LEXIS 53161 (N.D. Cal. July 11, 2007) (more than a three year delay); Quan v.

Chertoff, 2007 U.S. Dist. LEXIS 44081 (N.D. Cal. June 7, 2007) (unreasonable

delay); Singh v. Still, 470 F.Supp. 2d 1064, 1072 (N.D. Cal. 2007) (nearly a four

year delay); Aboushaban v. Mueller, 2006 U.S. Dist. LEXIS 81076 (N.D. Cal. 2006)

(an approximate eight year delay); Salehian v. Novak, 2006 U.S. Dist. LEXIS 77028

(D. Conn. 2006) (two year delay); Duan v. Zamberry, 2007 U.S. Dist. LEXIS 12697

(W.D. Pa. Feb. 23, 2007) (more than a one year delay); Jones v. Gonzales, 2007

U.S. Dist. LEXIS 45012 (S.D. Fla. June 21, 2007) (delays of two and three years);

Cao v. Upchurch, 496 F. Supp. 2d 569 (E.D. Pa. 2007) (summary judgment was

appropriate as a four year delay was presumptively unreasonable and defendants

made no attempt to rebut proof of an unreasonable delay); Dong v. Chertoff, 513 F.

Supp. 2d 1158 (N.D. 2007) (jurisdiction appropriate to determine whether action on

an adjustment application had been unlawfully withheld); and Lopez v. Secretary,

DHS, 2007 U.S. Dist. LEXIS 68447 (M.D. Fla. Sept. 17, 2007) (evidentiary hearing

granted regarding the reasonableness of a FBI delay in completing a name check).

**IV. VENUE**

18.    Venue is properly with this Court, pursuant to 28 U.S.C. § 1391(e)(1)

because:

a.    Defendant Attorney General Michael B. Mukasey is an officer

of the Department of Justice and is responsible for the operation of the FBI, which is

headquartered in the District of Columbia[3]. Defendant Mukasey performs a

---

[3] It is well-established precedent in this Court that, "When an officer or agency head
performs a 'significant amount' of his or her official duties in the District of Columbia,
the District of Columbia is a proper place for venue." Jyachosky v. Winter, 2006 U.S.
Dist. LEXIS 44399 at 12, hn. 6 (D.D.C. June 29, 2006), citing to Bartman v. Cheney,
827 F.Supp. 1, 1 (D.D.C. 1993) (holding that the Secretary of Defense resides in
Washington, D.C. for purposes of 28 U.S.C. § 1391(e))

significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

b.     Defendant Robert S. Mueller, III is an officer of the Department of Justice and is Director of the FBI, which is headquartered in the District of Columbia.  Defendant Mueller performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

c.     Defendant Emilio Gonzalez is an officer of the Department of Homeland Security and is the Director of the USCIS, which is headquartered in the District of Columbia.  Defendant Gonzalez performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

d.     Defendant Novak is an officer of the Department of Homeland Security who retains jurisdiction over the I-140 Petition in question, subject to the discretion of Defendant Gonzalez, who resides in the District of Columbia;

e.     A substantial part of the events or omissions giving rise to Plaintiff's Complaint occurred within the offices of the FBI, DHS and USCIS, which are all headquartered in the District of Columbia; and

f.     Judicial economy and the interests of justice warrant that Plaintiff's action be brought and decided in the District of Columbia, because the above-listed Defendant U.S. officials perform a significant amount of their official duties, and their agencies are all located, within the jurisdiction of this Honorable Court, or are subject to the discretion of their Agency Director who is similarly located within the District of Columbia.

19.     Due to the decentralized nature of USCIS case processing, which allows for the transfer of immigrant benefit applications to any USCIS facility located anywhere in the United States of America, at any time, venue is only appropriate in the District Court for the District of Columbia.

## V. STATEMENT OF FACTS
### A. Eligibility for Immigrant Alien Worker benefits

20.     On December 9, 2003, an I-140 Immigrant Petition for an Alien Worker was filed on Plaintiff's behalf with the VSC, pursuant to §203(b)(3) of the INA, 8 U.S.C. §1153.  *See*, USCIS Form I-797C, dated December 9, 2003, a copy of which is attached and incorporated herewith as "Exhibit B."

21.     The I-140 Petition in question was properly filed with the VSC.  It is the duty of the USCIS, to timely adjudicate this petition.

22.     Plaintiff has complied with all requests made by the USCIS to complete all necessary steps for the adjudication of this I-140. He has provided all of the information requested by the USCIS and has complied with all notices.

23.     On August 30, 2006, the Petitioning employer filed a USCIS Form I-907 and paid one-thousand dollars ($1000) in processing fees to have this I-140 adjudicated in fifteen (15) calendar days.  *See*, USCIS Form I-797C, dated September 5, 2006, a copy of which is attached and incorporated hereto as "Exhibit C."

### B. USCIS and FBI Security Checks

24.     Once an I-140 Immigrant Petition for an Alien Worker is filed, the FBI must conduct mandatory criminal and national security background checks before an adjudication of the petition is possible.  These security checks include the FBI NNCP check.  *See*, Declaration of Bradley J. Brouillette, Supervisory Center Adjudications Officer at the VSC, dated April 23, 2007 at page 2, a copy of which is attached and incorporated hereto as "Exhibit D."

25.     In a majority of FBI NNCP name checks, no "matches" or indications of derogatory information are found. *See*, Exhibit D, page 2.

26.     The FBI processes USCIS-requested NNCP checks chronologically, based on the date the request was forwarded. Initial responses to the NNCP check are generally available within two (2) weeks. In eighty percent (80%) of applications, no "match" or derogatory information is found. Of the remaining twenty percent (20%), most NNCP checks are resolved within six (6) months. *See*, Exhibit D, page 6 and USCIS Fact Sheet, dated April 25, 2006, which was referenced in and incorporated into Mr. Brouillette's Declaration, at pages 2-3.

27.     Less that **one percent (1%) of cases** subject to an FBI NNCP check **remain pending longer than six (6) months**. *See*, Exhibit D, CIS Fact Sheet, page 2.

28.     The FBI has stated, in a declaration previously submitted to this Court, that it has historically resolved approximately sixty-eight percent (68%) of NNCP name checks with a "no record" result within **seventy-two (72) hours**. Of the remaining cases, a secondary check historically has revealed a "no record" result within an additional **thirty to sixty (30-60) days** for twenty-two percent of all cases. Of the remaining ten percent of cases, less than **one percent (1%)** of USCIS cases are identified with a file containing *possible* derogatory information. *See*, Declaration of Michael A. Cannon, dated April 13, 2007 at pages 5-6, a copy of which is attached and incorporated herewith as "Exhibit E."

**C. Exhaustion of Administrative Remedies**

29.     Plaintiff, by himself and through legal counsel, has made repeated inquiries regarding the status of the I-140 Petition in question. Plaintiff was advised in writing on several occasions that that the adjudication of the I-140 Petition was delayed because of the absence of the required security checks and has remained delayed for lack of the security check clearances. *See*, USCIS Vermont Service

Center Letter and emails, copies of which are attached and incorporated herewith as "Exhibit F" through "Exhibit I."

30.     Plaintiff contacted the USCIS National Customer Service line numerous times between December 2003 and December 2007, but was informed that this I-140 Petition was delayed due to security checks. *See* Exhibit A.

31.     Plaintiff contacted his local USCIS field officers using InfoPass appointments in July 2007 and September 2007, but was informed by them that this I-140 Petition had been delayed since 2003, pending the completion of a FBI name check clearance. *See,* InfoPass Appointment Confirmations for Appointments on July 20, 2007 and September 26, 2007, copies of which are attached and incorporated herewith as "Exhibit J" and "Exhibit K."

32.     Plaintiff contacted the CIS Ombudsman in writing in 2007 and received a written response stating that the CIS Ombudsman initiated a formal inquiry with the USCIS and that Plaintiff should receive a response from USCIS within forty-five (45) days. USCIS subsequently issued a letter, which noted that Plaintiff's adjustment application was being delayed due to incomplete security checks. *See,* Letter from USCIS Ombudsman, dated September 21, 2007 and Letter from USCIS, dated November 9, 2007, copies of which are attached and incorporated herewith as "Exhibit L" and "Exhibit M."

33.     Plaintiff contacted U.S. Congresswoman Anna G. Eshoo and requested assistance with resolving the delay in the adjudication of this I-140 petition. Congresswoman Eshoo acknowledged Plaintiff's request for assistance in a letter and indicated she had contacted the USCIS and FBI on his behalf. Congresswoman Eshoo also provided Plaintiff a follow-up letter with the information she received regarding the I-140 Petition. *See,* Letters from U.S. Congresswoman Anna G. Eshoo, dated August 20, 2007 and January 10, 2008, copies of which are attached and incorporated herewith as "Exhibit N" and "Exhibit O."

**D. Plaintiff's Mandamus Action**

34.    In order to obtain relief under the Mandamus Act, Plaintiff must establish that (1) his claim is "clear and certain;" (2) the duty owed is "ministerial and so plainly prescribed as to be free from doubt;" and (3) that no other adequate remedy is available. *See*, Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1997)

35.    Plaintiff has demonstrated through the FBI's own Declaration that Defendant FBI has a non-discretionary duty to complete all USCIS-requested NNCP name checks within a reasonable time. There is no legal authority for the argument that the FBI may choose not to complete a USCIS-requested NNCP name check. *See*, Exhibit D and Exhibit E.

36.    Plaintiff has demonstrated that his claim for relief from the FBI's inaction is clear and certain in that there is no legal authority for the FBI to justify its inaction or to refuse to complete his USCIS-requested NNCP name check.

37.    The FBI's duty to complete Plaintiff's NNCP name check is purely ministerial in nature and so plainly prescribed by Executive Order that the Agency's duty is free from doubt.

38.    Plaintiff's exhaustion of remedies, as described above, shows that there is no other adequate remedy available to him.

**VI. INJURIES TO PLAINTIFF**

39.    Plaintiff is adversely affected by the Defendant FBI's inaction described above in that his ability to travel abroad and work is restricted during the pendency of the I-140 Petition's period. Until his FBI NNCP name check is completed, Plaintiff must annually apply and pay for special travel permission and work authorizations.

40.    Plaintiff has lost a significant amount of work time while pursuing the adjudication of this I-140 Petition, including but not limited to, making inquiries to the USCIS and FBI, meeting with his attorneys, and applying for annual work

authorization renewals.

41.    Due to Defendant FBI's inaction described above, Plaintiff's future naturalization (to become a U.S. Citizen) has been delayed.

**VII. GROUNDS FOR RELIEF**

42.    Defendant FBI's inaction and refusal to complete Plaintiff's NNCP screen and to transmit a "FBIQUERY System" response is both arbitrary and capricious, as the FBI has a **mandatory, non-discretionary** duty, as required by law, to complete this process.  5 U.S.C. §701, 702 and 706, et seq. and 5 U.S.C. §555.

43.    Defendant FBI's inaction is a violation of the APA in that it has unlawfully withheld or unreasonably delayed action on Plaintiff's FBI NNCP name check.

44.    The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(l).

45.    Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. § 1361.

46.    If Plaintiff prevails under any of his claims stated herein, he is entitled to recover his attorneys' fees and costs under the EAJA, as amended, 5 U.S.C. §504 and 28 U.S.C. §2412.

**VIII. CLAIMS FOR RELIEF**

47.    Defendant FBI has unreasonably delayed and failed to perform a mandatory action in completing Plaintiff's NNCP screen and transmitting a "FBIQUERY System" response to the USCIS, thereby preventing the adjudication of the I-140 Immigrant Petition for Alien Worker filed on Plaintiff's behalf over three (3) years ago and depriving Plaintiff of lawful permanent resident status, as well as benefits conferred there from, including the accrual of time to apply for U.S. citizenship.

48.     Defendant FBI owes Plaintiff the duty to act and complete his NNCP screen and transmit a "FBIQUERY System" response and has unreasonably failed to perform these duties.

49.     Plaintiff has exhausted any administrative remedies that may exist. No other remedy exists for Plaintiff to resolve Defendant FBI's inaction.

WHEREFORE, Plaintiff prays that this Honorable Court:

(1)     Compel the Defendant Attorney General Mukasey and Defendant FBI Director Robert Mueller, and those acting under them, to perform their duty to complete Plaintiff's NNCP screen and transmit a "FBIQUERY System" response to the USCIS;

(2)     Grant such other and further injunctive or equitable relief as this Court deems proper under the circumstances; and

(3)     Grant attorney's fees, expenses and costs of court, pursuant to the EAJA.

Aron A. Finkelstein, Esquire
DC Bar No. MD25590
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Attorney for Plaintiff

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Rajesh Arasanapalai Varadhan | Michael B. Mukasey, US Attorney General; Robert S. Mueller, III, Dir. FBI; Emilio T. Gonzalez, Dir. US DHS; Paul S. Novak, Jr., Dir. Vermont Service Center, USCIS |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   District of Columbia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Murthy Law Firm
Aron A. Finkelstein
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

O  1 U.S. Government Plaintiff
O  3 Federal Question (U.S. Government Not a Party)
⊙  2 U.S. Government Defendant
O  4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

---

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

O **A. Antitrust**

☐ 410 Antitrust

O **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

⊙ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

O **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

O **E. General Civil (Other)**          OR          O **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original
Proceeding
○ 2 Removed
from State
Court
○ 3 Remanded from
Appellate Court
○ 4 Reinstated
or Reopened
○ 5 Transferred from
another district
(specify)
○ 6 Multi district
Litigation
○ 7 Appeal to
District Judge
from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Mandamus Action under 28 U.S.C. Sec. 1361 challenging unreasonable FBI and USCIS delay in processing background check and I-485 application

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** _____   Check YES only if demanded in complaint
**JURY DEMAND:**  YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 2/21/08.   SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT A

# <u>CALIFORNIA  ALL PURPOSE  ACKNOWLEDGMENT</u>

State of <u>**California**</u>

County of <u>**Santa Clara**</u>

On __J͟A͟N͟ ͟1͟8͟,͟ ͟2͟0͟0͟8͟__ before me, __**Sunita Singh**, Notary Public__
     <span style="font-size:small">Date</span>                               <span style="font-size:small">Name and Title of Officer</span>

personally appeared __Rajesh Arasanapalai Varadhan__

_____
Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SUNITA SINGH
Commission # 1527555
Notary Public - California
Santa Clara County
My Comm. Expires Nov 18, 2008

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_____
Signature of Notary Public

## OPTIONAL INFORMATION

### Description of Attached Document

Title or Type of Document: __Affidavit__

Document Date: __1/18/08__    Number of Pages: __2__

**SFBayNotary.com**

**State of California**                    )

                                           )    SSN:  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

**County of Santa Clara**                  )

## AFFIDAVIT

I, Rajesh Arasanapalai Varadhan, after being duly sworn, do hereby state and affirm that:

1. I am a citizen and national of India, aged 30 years, and am competent to testify to the facts herein.

2. I reside at 450 North Mathilda Avenue, Apartment Q 207, Sunnyvale, California 94086.

3. My date of birth is January 4, 1978 and I was born in Kalpakkam, India.

4. My alien number is A 097-973-358.

5. My employer, Imagen Interactive, Inc. filed on my behalf a Form I-140 Immigrant Petition for Alien Worker, on December 9, 2003, with the U.S. Citizenship and Immigration Service (USCIS) Vermont Service Center (receipt no. EAC-04-049-51414).

6. On December 9, 2003, I concurrently filed my Form I-485 Application to Adjust to Permanent Resident status.  My receipt number for this filing is EAC-04-049-51389.

7. On August 30, 2006, I submitted a request to premium process this I-140 petition (requiring processing within fifteen calendar days), yet it has remained pending since December 9, 2003.

8. I have completed all steps and complied with all USCIS requests regarding my case.

9. I have been informed by multiple U.S. government sources that my employer's I-140 Petition is being delayed because of an unreasonable agency delay, in that the Federal Bureau of Investigations (FBI) has not completed my National Name Check Program (NNCP) clearance and generated a "FBIQUERY System" response, which is required before the USCIS may approve this I-140 Petition.

10. I have made numerous requests regarding the status of this delayed I-140 Petition including:

    a. Contacting the USCIS' Vermont Service Center (VSC);

    b. Contacting the USCIS' VSC Premium Processing Unit;

    c. Contacting the office of the Citizenship and Immigration Services (CIS) Ombudsman (assigned case number 725121);

    d. Making an official inquiry with U.S. Congresswoman Anna G. Eshoo's office; and

    e. Making an InfoPass appointment with my local USCIS field office (confirmation number SNJ-07-25998).

11. Despite these repeated attempts, and a delay of over four (4) years, my employer's I-140 Petition has not been adjudicated due to an FBI NNCP processing delay.

12. The FBI's unreasonable delay in completing my NNCP check is preventing me from having my I-485 Application adjudicated and is preventing me from becoming a lawful permanent resident and, eventually, a U.S. citizen.

I AFFIRM under penalty of perjury and upon personal knowledge that the above statements and facts are true and accurate to the best of my knowledge, information and belief.

Signature: _____
Rajesh Arasahapalai Varadhan

Date: 01/18/2008

STATE OF _California_____, CITY/COUNTY OF _Santa clara___,TO WIT :

I HEREBY CERTIFY THAT on this 18th day of Jan_____, 2008, before me, a Notary Public of the aforesaid State and City/County, personally appeared Rajesh Arasanapalai Varadhan, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, who acknowledged that s/he has executed it for the purposes therein set forth.

Attached Notary certificate.

_____
NOTARY PUBLIC

# EXHIBIT B

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| EAC-04-049-51414 | | IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIVED DATE December 9, 2003 | PRIORITY DATE | PETITIONER IMAGEN INTERACTIVE INC - |
| NOTICE DATE December 11, 2003 | PAGE 1 of 1 | BENEFICIARY A97 973 358 ARASANAPALAI VARADHAN, RAJESH |

| | |
|---|---|
| EARL S. DAVID ESQ AMERICAN IMMIGRATION NETWORK 110 WALL STREET 21ST FLOOR NEW YORK NY 10005 | Notice Type:  Receipt Notice  Amount received: $ 135.00 Section: Skilled Worker or  Professional, -  Sec.203(b)(3)(A)(i) or (ii) |

The above application or petition has been received.  It usually takes 90 to 485 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov.  On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
    IMMIGRATION & NATURALIZATION SERVICE
    VERMONT SERVICE CENTER
    75 LOWER WELDEN STREET
    SAINT ALBANS VT 05479-0001
    Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 09/07/93) N

# EXHIBIT C

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE  I140 |
|---|---|
| EAC-04-049-51414 | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| August 30, 2006 | | IMAGEN INTERACTIVE INC - |

| NOTICE DATE | PAGE | BENEFICIARY  A097 973 358 |
|---|---|---|
| September 5, 2006 | 1 of 2 | ARASANAPALAI VARADHAN, RAJESH |

MARITZA DIAZ ESQ
AMERICAN IMMIGRATION NETWORK
333 W 39TH STREET SUITE 1102
NEW YORK NY 10018

Notice Type:  Premium Processing
              Receipt Notice
Amount received: $ 135.00
Section: Skilled Worker or
         Professional,
         Sec.203(b)(3)(A)(i) or (ii)

Courtesy Copy: Original sent to: DIAZ ESQ, MARITZA

This courtesy notice is to advise you of action taken on this case.  The official notice has been mailed to the
attorney or representative indicated above.  Any relevant documentation included in the notice was also mailed as
part of the official notice.

Thank you for choosing to use the U.S. Citizenship and Immigration Service's Premium Processing Program.  The above
petition or application has been received and accepted as a Premium Processing case.  You should receive a notice
regarding your case within 15 days from the date shown as the received date above.  If the Service needs to contact you
regarding your case they may do so by mail, telephone, facsimile or e-mail using the information you provided.

Please notify us immediately if any of the above information is incorrect.

If you need to contact us regarding your Premium Processing case you can do so using the information immediately below.
The mailing address, e-mail address and phone number listed below is for use in relation to cases filed under the
Premium Processing Service program only.  You can obtain case status information from our automated system 24 hours a
day with a touch-tone phone and the receipt number for this case shown above by calling the phone number listed below.

        Vermont Service Center (VSC) Premium Processing:

        I-140 PP Routine Mail: I-140 Premium Processing, USCIS, Vermont Service Center
                               63 Lower Welden Street, St. Albans, VT 05479-8001

        I-140 PP Courier address:  USCIS, Vermont Service Center
                                   63 Lower Welden Street, St. Albans, VT 05479-8001

        I-140 PP Fax: 802-527-4875
        I-140 PP Phone: 1-866-315-5718

        Email address: VSC-Premium.140@dhs.gov

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving a biometrics appointment notice with a specific

Please see the additional information on the back.  You will be notified separately about any other cases you filed.



| RECEIPT NUMBER EAC-04-049-51414 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIVED DATE August 30, 2006 | PRIORITY DATE | PETITIONER IMAGEN INTERACTIVE INC - |
| NOTICE DATE September 5, 2006 | PAGE 2 of 2 | BENEFICIARY A097 973 358 ARASANAPALAI VARADHAN, RAJESH |

(Cont')

time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.



# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Zaigang Liu,                                    ) Case No.: 1:07CV00263
                                                )
                    Plaintiff,                  )
        vs.                                     ) Declaration of Bradley J. Brouillette
                                                )
Paul Novak, Director, Vermont Service Center )
U.S Department of Homeland Security, U.S.    )
Citizenship and Immigration Services; Emilio )
Gonzalez, Director, U.S. Citizenship and     )
Immigration Services; Robert S. Mueller, III, )
Director, Federal Bureau of Investigation,   )
                                                
                    Defendants

I, BRADLEY J. BROUILLETTE declare as follows:

1.   I am employed by the United States Citizenship and Immigration Services (hereinafter "USCIS") as a Supervisory Center Adjudications Officer at the Vermont Service Center (hereinafter "VSC"), in St. Albans, Vermont. I have held this position since December 2003. I have been employed by the agency in various capacities since November 1995. I make this declaration based on my personal knowledge and my review of official documents and records maintained by the USCIS. If called to testify, I could and would do so competently.

2.   This declaration is submitted in support of Defendants' motion to dismiss in the case of Zaigang Liu v. Novak et al., 1:07CV00263, now pending before the United States District Court for the District of Columbia. It provides a factual summary of the agency's adjudication policy as well as a review of the plaintiff's file.

1

3.  When a visa petition or other application seeking an immigration benefit on behalf of an alien is filed with USCIS, the agency conducts numerous mandatory criminal and national security background checks. These checks are conducted both to enhance national security and ensure the integrity of the immigration process. These security and background checks serve to screen out aliens who may seek to harm the United States and its citizens or who may be seeking immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. Pursuant to established agency policy, all required security checks must be completed prior to adjudication of the application.

4.  The attached Fact Sheet explains the different types of checks that must be completed. (See Fact Sheet, dated April 25, 2006, a true and correct copy of which is attached hereto as Exhibit 1). The checks include the FBI Name Check, FBI fingerprint check, and the DHS-managed Interagency Border Inspection System (IBIS). The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement agencies. Although in the majority of FBI name checks no matches are found, some cases involve complex or highly sensitive information and cannot be resolved quickly. The IBIS system contains records and information from more than 20 federal law enforcement and intelligence agencies including the Central Intelligence Agency (CIA), FBI and other divisions of the U.S. Department of Justice, the Department of State, DHS Customs and Border Protection (CBP) and other DHS agencies. It is a multi-agency effort with a central system that combines information from these various sources and databases to compile information regarding national security risks, public safety concerns, and other law enforcement concerns. IBIS provides, but is not limited to, information related to persons who are wanted criminals, persons of interest in the context of national security, and other derogatory information, including adverse immigration history. While the

2

1    results of an IBIS query are usually available immediately, in some cases information

2    found will require further investigation. Finally, FBI fingerprint checks provide

3    information relating to criminal background within the United States. Results are

4    usually received within days and while the vast majority results in no criminal record,

5    positive results may have a direct bearing on the eligibility of an applicant for the

6    immigration benefit being sought.

7  5.    Once USCIS receives an I-485 a file is opened and an electronic record of that

8    application is created. Much of this initial electronic processing and data entry is

9    automated, including the automatic generation and electronic transmission of a FBI name

10    check request in FBIQUERY, the FBI repository and tracking system for FBI Name

11    Check requests. Once the initial file creation and processing of an I-485 application is

12    complete, each file is placed on an I-485 pending shelf for processing and adjudication in

13

14    chronological order according to date of receipt.

15  6.    Due to bi-specialization, the VSC no longer accepts any new I-485 applications. All

16    pending cases being held for FBI name and date of birth check clearance and Visa

17    Availability have been sent to the Texas Service Center. The VSC has retained

18    approximately 15,000 pending cases in which the adjudicative process had already begun

19    and the adjudication of those cases will be completed at the VSC.

20

21  7.    VSC periodically runs an electronic report in FBIQUERY system for all files on the I-

22    485 pending shelf to confirm the successful transmission of the FBI Name Check request

23    and to identify those applications that have received responses from the FBI name checks

24    and FD-258 (fingerprints) and are thus ready for adjudication. FBI name check requests

25    that have been received by the FBI but have not yet been completed are indicated by a

26    notation of "Pending" in FBIQUERY. An FBI Name Check that has been completed will

27

3

1    be indicated by various entries depending on the result, including No Record, Positive

2    Response, etc.

3    8.    This report will also identify those I-485 applications that have received a "No Data" or

4         "Error" response in FBIQUERY indicating a problem with transmission of the name

5         check request from USCIS to the FBI. If such a problem is reported, the FBI name check

6         requests will then be initiated a second time and resent manually or electronically to the

7         FBI for a response. In this way USCIS ensures that the FBI has in fact received all

8    

9         requests for name checks.

10   9.    All files on the FBI Name Check Shelf are audited regularly in order to identify those in

11        which a response from the FBI has been received. This audit is conducted at least every

12        three weeks or more often. In this manner the agency ensures that as FBI responses are

13        received, files are expeditiously released for adjudication. FBIQUERY reports do not

14        provide USCIS with any indication as to what information the FBI may have relating to a

15        particular alien, whether an FBI investigation into the particular alien has been

16        undertaken, or whether there are national security concerns relating to that alien.

17   

18   10.   For most applicants, USCIS can quickly determine if there are criminal or security

19        related issues in the applicant's background that affect eligibility for immigration

20        benefits. However, due both to the sheer volume of security checks USCIS conducts,

21        and the fact that USCIS must await responses from the FBI or other relevant agencies

22        that conduct some of the required security checks, some delays on individual

23        applications are unavoidable and may be lengthy. Moreover, in some cases a

24        background or security check will reveal that positive (derogatory) information on the

25        subject alien is possessed by some agency other than USCIS without necessarily

26        revealing the substance of that information. In such cases, USCIS works closely with

27        the other law enforcement or intelligence agencies to obtain all available information

4

concerning the positive result in order to properly evaluate its significance. Even where the FBI or a third agency has provided a final response, a case may still be considered pending where the response requires further investigation or review by USCIS or another agency. It is vitally important to thoroughly screen each applicant in order to resolve all concerns of a law enforcement or national security nature before determining that an individual is eligible for an immigration benefit.

11. The agency's policy for requesting expedited security checks requires that the applicant meet one of the following criteria:

    1. Military Deployment.

    2. Age-out cases not covered by the Child Status Protection Act and applications affected by sunset provisions such as the Diversity Visa Program.

    3. Compelling reasons provided by the requesting office such as critical medical conditions.

    4. Loss of Social Security benefits or other subsistence at the discretion of the Director.

U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the FBI to expedite a name check when the only reason for the request is that a mandamus (or other federal court petition) is filed in the case.

12. USCIS reports the average processing times for specific applications and petitions on the USCIS website. This information reflects only average processing times on the date the information is published. Average processing times fluctuate widely and will sometimes even regress for a specific form type due to a number of factors, including a reallocation of agency resources, reordering of the agency's priorities, and other reasons. Additionally, not every application will require the same level of inquiry. Some may

1   require a more detailed level of review and or investigation from either the USCIS or

2   other agencies for a number of reasons ranging from the alien's eligibility for the benefit

3   sought to national security concerns. Accordingly, even when it appears that the

4   adjudication of a particular application is outside the average processing time, this does

5   not establish that the delay is unreasonable or even due to factors within the control of

6   USCIS.

7

8   13.   The FBI has an established process of processing FBI Name Check requests from USCIS

9   chronologically based on the date the request is forwarded. As stated above, certain

10   requests can be expedited if they meet specific expedite criteria. However, it is important

11   to note that whenever a particular application or petition receives expedited processing

12   and is moved up in the queue, it is at the expense of those still unadjudicated petitions or

13   applications that bear an earlier filing date. There is no statutory or regulatory time limit

14   for the adjudication of I-485s. Moreover, an alien who has applied for adjustment of

15   status may apply for and obtain employment authorization for the entire time his or her

16

17   application is pending. Most applicants for adjustment of status may also apply for and

18   obtain advance parole to enable them to travel abroad during the pendency of their

19   application. Thus, applicants for adjustment of status are not as adversely affected by

20   delays in the adjudication of their applications as are aliens filing for other immigration

21   benefits.

22

23   14.   In my capacity as a Supervisory Center Adjudications Officer at the VSC, I have access

24   to the official files and records of the USCIS. I have reviewed the system records for

25   plaintiff LIU, Zaigang, A97 486 586. The record reflects that on July 23, 2003, plaintiff

26   Liu filed an application for adjustment of status to permanent resident on Form I-485.

27

6

1    Plaintiff seeks adjustment as a derivative beneficiary on an approved I-140 employment

2    based visa petition for his spouse Lu Zhang. To date, plaintiff's application remains

3    pending the completion of security checks. Once the required security checks are

4    completed, the plaintiff's application will be adjudicated.

5

6    15.    Because the plaintiff's case does not meet one of the above-mentioned expedite criteria,

7    the agency is unable to request an expedite of the security check clearance on his behalf.

8    For this reason the USCIS cannot adjudicate plaintiff's I-485 application for adjustment

9    of status until such time as all security checks are complete.

10

11    I declare under penalty of perjury that the foregoing is true and correct. Executed this

12    23rd day of April, 2007 at St. Albans, Vermont.

13

14

15

16    Bradley J. Brouillette
      Supervisory Center Adjudications Officer
17    Vermont Service Center

18

19

20

21

22

23

24

25

26

27

7

# EXHIBIT E

APR-20-2007  16:24        FBI/OGC                    202 220 9347    P.002

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZIAGANG LIU,                          )
                                      )
            Plaintiff,                )
                                      )
        v.                            )      Case No:
                                      )      07-CV-00263
PAUL NOVAK,                           )
            et al.,                   )
                                      )
            Defendants.               )

## DECLARATION OF MICHAEL A. CANNON

Michael A. Cannon, pursuant to 28 U.S.C. § 1746, declares the following:

(1)    I am currently the Section Chief of the National Name Check Program

Section at the Headquarters of the Federal Bureau of Investigation ("FBI") in Washington, D.C.

I have held that position since March 7, 2005.

(2)    In my current capacity as Section Chief, I supervise the National Name

Check Units. The statements contained in this declaration are based upon my personal

knowledge, upon information provided to me in my official capacity, and upon conclusions and

determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures

followed by the FBI in responding to requests for information from its files pursuant to the policy

and the procedures of the United States Citizenship and Immigration Services ("USCIS").

Specifically, I am aware of the name check request for Zaigang Liu, the plaintiff in this civil

action.

## NATIONAL NAME CHECK PROGRAM

(4)    The National Name Check Program ("Program") has the mission of

disseminating information from the FBI's Central Records System in response to requests

submitted by federal agencies, congressional committees, the federal judiciary, friendly foreign

APR-20-2007  16:24        FBI/OGC                              202 220 9347    P.003

police and intelligence agencies, and state and local criminal justice agencies. The Central
Records System ("CRS") contains the FBI's administrative, personnel, and investigative files.
The Program has its genesis in Executive Order No. 10450, issued during the Eisenhower
Administration. That executive order addresses personnel security issues and mandates National
Agency Checks as part of the pre-employment vetting and background investigation process for
prospective Government employees. The FBI performs the primary National Agency Check
conducted on all United States Government employees. From this modest beginning, the
Program has grown exponentially, with more and more customers seeking background
information from FBI files on individuals before bestowing a privilege, such as Government
employment or an appointment, a security clearance, attendance at a White House function, a
"green card" or naturalization, admission to the bar, or a visa. More than 70 federal, state, and
local agencies regularly request FBI name searches. In addition to serving our regular
Government customers, the FBI conducts numerous name searches in direct support of the FBI's
counterintelligence, counterterrorism, and homeland security efforts.

## EXPLANATION OF THE CENTRAL RECORDS SYSTEM

(5)    The FBI's CRS enables the FBI to maintain all information which it has
acquired in the course of fulfilling mandated law enforcement responsibilities. The records
maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files
compiled for law enforcement purposes. This system consists of a numerical sequence of files
broken down according to subject matter. The subject matter of a file may relate to an
individual, organization, company, publication, activity, or foreign intelligence matter. Certain
records in the system are maintained at FBI Headquarters. Records which are pertinent to
specific FBI Field Offices are mostly maintained at those Field Offices.

(6)    FBI Headquarters and each Field Division can access the CRS through the
FBI's General Indices. The General Indices are arranged in alphabetical order and consist of
indices on various subjects, including the names of individuals and organizations. Only the
information considered pertinent, relevant, or essential for future retrieval is indexed.

2

(7)    Communications directed to FBI Headquarters from various Field Offices and Legal Attaches are filed in the pertinent case files and indexed to the names of individuals, groups, or organizations which are listed in the case captions or titles as subjects, suspects, or victims. Searches made in the index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

(8)    The entries in the General Indices fall into two categories:

(a)    "main" entries – entries that carry the name corresponding with the subject of a file contained in the CRS.

(b)    "reference" entries – entries (sometimes called "cross-references") that generally only mention or reference an individual, organization, etc., that is contained in a document located in another "main" file.

(9)    In 1995, the FBI implemented the Automated Case Support ("ACS") system for its Headquarters, Field Offices, and Legal Attaches. More than 105 million records were converted from automated systems previously utilized by the FBI. The ACS system consists of the following three automated applications that support case management functions for all investigative and administrative cases:

(a)    Investigative Case Management: This application provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin, which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices. When a case is opened, it is assigned a Universal Case File Number, which is utilized by FBI Headquarters and all offices conducting or assisting in the investigation. Using fictitious file number "111-HQ-12345" as an example, an explanation of the Universal Case File Number is as follows: "111" indicates the classification for that specific type of investigation; "HQ" is the abbreviated form used for the Office of Origin of the investigation (in this case, FBI Headquarters); and "12345" indicates the individual case file number for that particular investigation.

(b)    Electronic Case File: This application serves as the central electronic repository for the FBI's official text-based documents. It supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the

3

computerized system.  All serials originated by the Office
of Origin are maintained in the Office of Origin's case file.

(c)    Universal Index:  This application, sometimes referred to as
"UNI", continues the universal concepts of the ACS system
by providing a complete subject/case index to all
investigative and administrative cases.  Only the Office of
Origin is required to index.  However, the Lead Offices
may index additional information as needed.  The Universal
Index, which consists of an index of approximately 98.2
million records, functions to index names to cases, and to
search names and cases for use in the FBI investigative and
administrative cases.  Names of individuals or entities are
recorded with identifying information such as the date or
place of birth, race, sex, locality, social security number,
address, or date of event.

(10)    The decision to index names other than subjects, suspects, and victims is a
discretionary decision made by the investigative FBI Special Agent, the supervisor in the field
division conducting the investigation, and the supervising FBI Special Agent at FBI
Headquarters.  The FBI does not index every name in its files, but indexes only that information
considered pertinent, relevant, or essential for future retrieval.  Without a "key" (index) to this
mass information, information essential to ongoing investigations could not be readily retrieved.
The FBI files would thus be merely archival in nature and could not be effectively used to serve
the mandated mission of the FBI, which is to investigate violations of federal criminal statutes.
Therefore, the General Indices to the CRS files are the means by which the FBI can determine
what retrievable information, if any, the FBI may have in its CRS files on a particular subject
matter.

(11).    When the FBI searches a person's name, the name is electronically
checked against the FBI's Universal Index.  The searches seek all instances of the individual's
name, social security number, and dates close to his or her date of birth, whether a main file or
reference.  As previously stated, any "main" file name would be that of an individual who is,
himself or herself, the subject of an FBI investigation, whereas any "reference" would be an
individual whose name appears as part of an FBI investigation.  For example, "references"
include associates, witnesses, or conspirators.  Additionally, there may be a myriad of other

4

reasons to explain why an FBI Special Agent conducting an investigation believed it important to include a particular name in the FBI's index for later recovery. The names are searched in a multitude of combinations, switching the order of first, last, and middle names, as well as combinations with only the first and last names, first and middle names, and so on. The Program application searches names phonetically against the Universal Index records and retrieves similar spelling variations (which is especially important considering that many names in our indices have been transliterated from a language other than English).

(12)    If there is a match with a name in a FBI record, it is designated as a "Hit," meaning that the system has stopped on a possible match with the name being checked. If a search comes up with a match to a name and either a birth date or social security number, it is designated an "Ident."

## RESOLUTION RATE

(13)    Historically, approximately 68 percent of the name checks submitted by USCIS are electronically checked and returned to USCIS as having "No Record" within 48-72 hours. A "No Record" indicates that the FBI's Universal Index database contains no identifiable information regarding a particular individual. Duplicate submissions (i.e., identically spelled names with identical dates of birth and other identical information submitted while the original submission is still pending) are not checked, and the duplicate findings are returned to USCIS within 48-72 hours.

(14)    For the name check requests that are still pending after the initial electronic check, additional review is required. A secondary manual name search completed typically within 30-60 days historically identifies an additional 22 percent of the USCIS requests as having "No Record," for a 90 percent overall "No Record" response rate. The results of this 22 percent also are returned to USCIS. The remaining 10 percent are identified as possibly being the subject of an FBI record. At that point, the FBI record must be retrieved and reviewed. If the record was electronically uploaded into the FBI's ACS electronic record-keeping system, it can be reviewed quickly. If not, however, the relevant information must be retrieved from an

5

existing paper record. Review of this information will determine whether the information is identified with the request. If the information is not identified with the request, the request is closed as a "No Record" and USCIS is so notified.

(15)    Once a record is retrieved, the FBI reviews the file for possible derogatory information. Less than one percent of USCIS's requests are identified with a file containing possible derogatory information. If appropriate, the FBI forwards a summary of the derogatory information to USCIS.

## GROWTH OF THE NAME CHECK PROGRAM

(16)    Prior to September 11, 2001, the FBI processed approximately 2.5 million name check requests per year. As a result of the FBI's post-9/11 counterterrorism efforts, the number of FBI name checks has grown. For fiscal year 2006, the FBI processed in excess of 3.4 million name checks.

## USCIS NAME CHECK REQUESTS

(17)    In November 2002, heightened national security concerns prompted a review of the former Immigration and Naturalization Service's ("INS's") procedures for investigating the backgrounds of individuals seeking immigration benefits. It was determined that deeper, more detailed clearance procedures were required to protect the people and the interests of the United States effectively. One of the procedures identified was the FBI's name check clearance. Before November 2002, only those "main" files that could be positively identified with an individual were considered responsive to the immigration authorities name check requests. However, because that approach ran a risk of missing a match to a possible derogatory record, the FBI altered its search criteria to include "reference" files, as well. From a processing standpoint, this meant the FBI was required to review many more files in response to each individual background check request.

(18)    In December of 2002 and January of 2003, the former INS resubmitted 2.7 million name check requests to the FBI for background investigations of all individuals with then-pending applications for immigrations benefits for which the Immigration and Nationality

Act required background investigations. Those 2.7 million requests were in addition to the regular submissions by the former INS. Currently, the FBI has returned an initial response to all 2.7 million resubmitted requests. Moreover, although many of the FBI's initial responses to those resubmitted requests indicated that the FBI had no information relating to the specific individual who was the subject of the request, approximately 16 percent – or over 440,000 – resubmitted requests indicated that the FBI may have information relating to the subject of the inquiry. The FBI is still in the process of resolving those 440,000 requests.

(19)    The FBI's processing of those 440,000 resubmissions has delayed the processing of regular submissions from USCIS. As directed by USCIS, the FBI processes name check requests on a "first-in, first-out" basis unless USCIS directs that a particular name check be expedited.

(20)    The FBI cannot provide a specific or general time frame for completing any particular name check submitted by USCIS. The processing of name checks, including those which are expedited, depends upon a number of factors, including where in the processing queue the name check lies; the workload of the analyst processing the name check; the volume of priority checks the analyst must process for, among others, military call-ups, medical emergencies, "age-outs," or immigration "lottery" winners; the number of "Hits," (i.e., possible matches) that must be retrieved, reviewed and resolved; the number of records from various Field Offices that must be retrieved, reviewed and resolved; and, more generally, the staff and resources available to conduct the checks. While the FBI is sensitive to the impact of the delays in processing name check requests, the consequence of the FBI's mission on homeland security requires that its name check process be primarily focused on providing accurate and thorough results. When the name check is completed, the FBI provides the results to USCIS as quickly as possible.

(21)    It is important to note that the FBI does not adjudicate applications for benefits under the Immigration and Nationality Act. If appropriate, the FBI generally provides a summary of available information to USCIS for its adjudication process.

7

## PLAINTIFF'S NAME CHECK REQUEST

(22)   The name check request for plaintiff Zaigang Liu was received by the FBI from USCIS on or about March 30, 2004, and has not been completed. The FBI is performing its check in response to USCIS's request in accordance with procedures outlined above. The results of the name check will be forwarded to USCIS in Washington, D.C., in due course, in accordance with the FBI's normal protocol.

(23)   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this /3ᵗᴴ day of April 2007.

MICHAEL A. CANNON
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

8

# EXHIBIT F

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

 **U.S. Citizenship
and Immigration
Services**

Tuesday, August 21, 2007

RAJESH ARASANAPALAI VARADHAN
450 NORTH MATHILDA AVE APT Q207
SUNNYVALE CA 94085

Dear Rajesh Arasanapalai Varadhan:

On 08/07/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/11/2003 |
| **Receipt #:** | EAC-04-049-51389 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-21-2007 09:18 AM EDT - EAC-04-049-51389

# EXHIBIT G

 **MAIL** Classic

Print - Close Window

| | |
|---|---|
| **From:** | "John Dorer" <john.dorer@usavisanow.com> |
| **To:** | a_v_rajesh@yahoo.com |
| **Subject:** | Fw: EAC0404951414 - past the 15 day mark |
| **Date:** | Wed, 27 Sep 2006 10:03:39 -0400 |

----- Original Message -----
From: Processing, VSC-Premium
To: John Dorer
Sent: Wednesday, September 27, 2006 10:00 AM
Subject: RE: EAC0404951414 - past the 15 day mark

Good morning,

This case is still waiting for completetion of security checks.


**For status inquiries of a petition or application filed at this Center you may want to utilize our web site at www.uscis.gov. This option is also available for I-129 / I140 petitions filed under premium processing. Forms may be downloaded from this site as well.**

Thank you,

Janice

Premium Processing
Vermont Service Center


**From:** John Dorer [mailto:john.dorer@usavisanow.com]
**Sent:** Tuesday, September 26, 2006 2:06 PM
**To:** Processing, Vsc-Premium; a_v_rajesh@yahoo.com
**Subject:** EAC0404951414 - past the 15 day mark

Hello PPS,

Please advise us of the status of this I-140 petition.

It is past the 15 day mark.

Receipt Number: EAC0404951414
Date Received: 08/30/2006
Petitioner: IMAGEN INTERACTIVE INC -
Priority Date: To Be Determined


Best regards,
John


*******************************************
John Dorer, Director
American Immigration Network
Law Office of Maritza Diaz, Esq.
333 W. 39th Street, Suite 1102
New York, NY 10018

# EXHIBIT H

# YAHOO! MAIL
### Classic

Print - Close Window

| | |
|---|---|
| **From:** | "John Dorer" <john.dorer@usavisanow.com> |
| **To:** | a_v_rajesh@yahoo.com |
| **Subject:** | Fw: EAC0404951414 |
| **Date:** | Mon, 23 Oct 2006 09:44:18 -0400 |

Please see email below that we received from Vermont PPS.

Best regards,
John

*******************************************

John Dorer, Director
American Immigration Network
Law Office of Maritza Diaz, Esq.
333 W. 39th Street, Suite 1102
New York, NY 10018

Toll Free: 1.888.645.6272
Fax: 212.202.4648

Website: http://www.usavisanow.com
Email: john.dorer@usavisanow.com

NOTE: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you.
----- Original Message -----
**From:** Processing, VSC-Premium
**To:** John Dorer
**Sent:** Monday, October 23, 2006 9:39 AM
**Subject:** RE: EAC0404951414

Good morning,

The mandatory security checks are mandated by HQ in Washington. There is no set time frame in which to have these completed in. Again, no final decision on this case can be reached until the security checks have been completed. We are unable to go into specifics on how the security checks are run.

**For status inquiries of a petition or application filed at this Center you may want to utilize our web site at www.uscis.gov. This option is also available for I-129 petitions filed under premium processing. Forms may be downloaded from this site as well.**

Thank you,

Janice

Premium Processing
Vermont Service Center

**From:** John Dorer [mailto:john.dorer@usavisanow.com]
**Sent:** Friday, October 20, 2006 4:37 PM
**To:** Processing, VSC-Premium; a_v_rajesh@yahoo.com
**Subject:** Re: EAC0404951414

The case has not completed the mandatory security checks all applications/petitions are required to undergo. Until the checks are completed the case can not be processed.


Allan,

Can you provide a little more detail? This is an I-140 petition. What type of security check is it?


Best regards,
John


*******************************************
John Dorer, Director
American Immigration Network
Law Office of Maritza Diaz, Esq.
333 W. 39th Street, Suite 1102
New York, NY 10018

Toll Free: 1.888.645.6272
Fax: 212.202.4648

Website: http://www.usavisanow.com
Email: john.dorer@usavisanow.com

NOTE: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you.

> ----- Original Message -----
> **From:** Processing, VSC-Premium
> **To:** John Dorer
> **Sent:** Friday, October 20, 2006 4:35 PM
> **Subject:** RE: EAC0404951414
>
> The case has not completed the mandatory security checks all applications/petitions are required to undergo. Until the checks are completed the case can not be processed.
>
> **For status inquiries of a petition or application filed at this Center you may want to utilize our web site at www.uscis.gov. This option is also available for I-129 petitions filed under premium processing. Forms may be downloaded from this site as well.**
>
> Thank you,
>
>  Allan
>
> Premium Processing
> Vermont Service Center

**From:** John Dorer [mailto:john.dorer@usavisanow.com]
**Sent:** Friday, October 20, 2006 2:46 PM
**To:** Processing, Vsc-Premium; a_v_rajesh@yahoo.com
**Subject:** EAC0404951414

Hellp PPS,

Please let me know the status of this petition. It is way past the 15 day processing time!

Receipt Number: EAC0404951414
Date Received: 08/30/2006
Petitioner: IMAGEN INTERACTIVE INC -
Priority Date: To Be Determined


Best regards,
John


*********************************************
John Dorer, Director
American Immigration Network
Law Office of Maritza Diaz, Esq.
333 W. 39th Street, Suite 1102
New York, NY 10018

Toll Free: 1.888.645.6272
Fax: 212.202.4648

Website: http://www.usavisanow.com
Email: john.dorer@usavisanow.com


NOTE: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you.

 **MAIL** Classic

Print - Close Window

| | |
|---|---|
| **From:** | "John Dorer" <john.dorer@usavisanow.com> |
| **To:** | a_v_rajesh@yahoo.com |
| **Subject:** | Fw: Past 15 days - EAC0404951414 |
| **Date:** | Wed, 15 Nov 2006 12:05:20 -0500 |

----- Original Message -----
From: Processing, VSC-Premium
To: John Dorer
Sent: Wednesday, November 15, 2006 11:20 AM
Subject: RE: Past 15 days - EAC0404951414

Good Morning,

This petition is pending.

**For status inquiries of a petition or application filed at this Center you may want to utilize our web site at www.uscis.gov. This option is also available for I-129 petitions filed under premium processing. Forms may be downloaded from this site as well.**

Thank you,

Shea

Premium Processing
Vermont Service Center

---

**From:** John Dorer [mailto:john.dorer@usavisanow.com]
**Sent:** Wednesday, November 15, 2006 8:44 AM
**To:** Processing, Vsc-Premium; a_v_rajesh@yahoo.com
**Subject:** Past 15 days - EAC0404951414

Hello PPS,

Please let us know the status:

I-140 PPS

Receipt Number: EAC0404951414
Date Received: 08/30/2006
Petitioner: IMAGEN INTERACTIVE INC -

Best regards,
John

*********************************************
John Dorer, Director
American Immigration Network
Law Office of Maritza Diaz, Esq.
333 W. 39th Street, Suite 1102
New York, NY 10018

Toll Free: 1.888.645.6272
Fax: 212.202.4648

# EXHIBIT I

| From: | "Processing, VSC-Premium" <VSC-Premium.Processing@dhs.gov> |
|---|---|
| Subject: | RE: Reg EAC0404951414 |
| Date: | Thu, July 26, 2007 6:19 am |
| To: | avrajesh@imagen-interactive.com |

This case is currently having routine security checks run on it. Once the checks have been completed a final decision will be made.

For status inquiries of a petition or application filed at this Center you may want to utilize our web site at www.uscis.gov. This option is also available for I-129 petitions filed under premium processing. Forms may be downloaded from this site as well.


Thank you,

Kim

Premium Processing

Vermont Service Center


-----Original Message-----
From: avrajesh@imagen-interactive.com
[mailto:avrajesh@imagen-interactive.com]
Sent: Wednesday, July 25, 2007 1:36 PM
To: Processing, Vsc-Premium
Subject: Reg EAC0404951414

Hello PPS
The following petition I 140 (Receipt Number EAC0404951414) was applied on Dec 2003 and later Upgraded to Premium processing in September 2006. Details provided below (attachment includes the receipt notices for the same). It was marked as PREMIUM processing case until yesterday. Today I see an update in the ONLINE status which DOES'NT STATE that this is a PREMIUM PROCESSING CASE. Can you kindly clarify or correct the STATUS ?

Petition - I 140  (Regular processing)

Receipt Date - Dec 9, 2003
Noticed Date - Dec 11, 2003

I 140 Upgraded to Premium

Receipt Date - Aug 30, 2006
Notice Date - Sept 5, 2006


Select  Receipt Number  E-mail  Last Updated
(mm/dd/yyyy)  Form #  Form Title
  EAC0404951414  Y  07/25/2007  I140  IMMIGRANT PETITION FOR ALIEN
WORKER


Receipt Number: EAC0404951414

Application Type: I140, IMMIGRANT PETITION FOR ALIEN WORKER

Current Status: Case received and pending.

On September 5, 2006, we received this I140 IMMIGRANT PETITION FOR ALIEN WORKER and we e-mailed you a notice describing how we will process your case. Please follow any instructions on this notice. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process each kind of case in the order we receive them. You can use our processing dates to estimate when this case will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below for current processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

---

# EXHIBIT J



**Name: Rajesh Arasanapalai Varadhan**

**Appointment Question about case
Type:**

**Confirmation** SNJ-07-19335
**No.:**

**Authentication** 17de8
**Code:**

**Appointment** **July 20, 2007**
**Date:**

**Appointment** **7:30
Time: AM**

**Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

## This is your Confirmation Number:



*‒ ‒ θ *

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## 62571

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

# EXHIBIT K



| | |
|---|---|
| **Name:** | **Rajesh Arasanapalai Varadhan** |
| **Appointment Type:** | Speak to immigration officer |
| **Confirmation No.:** | SNJ-07-25990          **Authentication Code:**   17de8 |
| **Appointment Date:** | **September 26, 2007** |
| **Appointment Time:** | **1:30 PM** |
| **Location:** | **1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY** |

## This is your Confirmation Number:



## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *73619*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

# EXHIBIT L

*Office of the*
*Citizenship and Immigration Services Ombudsman*

U.S. Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225



# Homeland Security

September 21, 2007

Mr./Ms. Rajesh Arasanapalai Varadhan
450 N Mathilda Ave, Apartment Q207
Sunnyvale, CA 94085-4284

Dear Mr./Ms. Varadhan:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bk

Email: cisombudsman@dhs.gov          Web: http://www.dhs.gov/cisombudsman

# EXHIBIT M



U.S. Department of Homeland Security
Washington, DC 20529

**U.S. Citizenship**
**and Immigration**
**Services**

HQCIS 181/48.2-C

Mr. Rajesh Arasanapalai Varadhan
Apartment Q207
450 North Mathilda Avenue
Sunnyvale, CA  94085-4284

**NOV 0 9 2007**

Dear Mr. Varadhan:

Thank you for your Case Problem Submission Worksheet to the U.S. Citizenship and Immigration
Services (USCIS), Ombudsman Office concerning the status of your application. The Ombudsman's
Office forwarded your case problem worksheet to the Customer Assistance Office for a response. We
have assigned it case # 725121.

We understand the frustration over the extended pendency of your case. We have researched your case to
determine the status of your Form I-485, Application to Register Permanent Residence or Adjust Status.
Our records indicate that your case is currently under review.

We apologize to you for the inability of this office to be more specific in responding to the pending
database checks and the process taken. These database checks are more complex than they were in the
past. Various government agencies may be involved in the process and USCIS policy prohibits the
completion of applications and petitions until a definitive response is received. We are unable to predict
when all agencies that contribute to this process will respond and when your case will be completed.

USCIS understands the disappointment you feel for the slow progress of your case, however, our agency
must balance individual inconvenience against broader issues of public safety and national security. Your
case will be monitored and completed when all required responses from other government agencies have
been received.

We greatly appreciate your continued patience. If you need additional assistance or filing instructions, we
invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web
site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

*Jeffrey Murray*

Jeffrey J. Murray, Acting Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

# EXHIBIT N

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

COMMITTEE ON ENERGY AND COMMERCE

SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE

SUBCOMMITTEES:
INTELLIGENCE COMMUNITY MANAGEMENT

## Anna G. Eshoo
### 14th District, California
# Congress of the United States
## House of Representatives
### Washington, DC 20515-0514

August 20, 2007

Mr. Rajesh Arasanapalai Varadhan
450 North Mathilda Avenue, Apartment Q207
Sunnyvale, California 94085

Dear Mr. Varadhan,

Thank you for your recent inquiry.

I've contacted the FBI and USCIS on your behalf to request their assistance. I will let you know what I learn as soon as I hear from them. In the meantime, please do not hesitate to contact Anthony Lin in my Palo Alto District Office if you have any questions or updates on your case.

Thank you for providing me with the opportunity to assist you.

Sincerely,

Anna G. Eshoo
Member of Congress

AGE:al

# EXHIBIT O

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0614
(202) 225-8104
FAX (202) 226-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

**Anna G. Eshoo**
**14th District, California**

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-0514**

COMMITTEE ON ENERGY AND COMMERCE

SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE

SUBCOMMITTEES:
INTELLIGENCE COMMUNITY MANAGEMENT

January 10, 2008

Mr. Rajesh Arasanaplai Varadhan
450 North Mathilda Avenue, Apartment Q207
Sunnyvale, California 94085

Dear Mr. Varadhan,

I write to follow up with you regarding your case.

Below is the latest response I received from my inquiry on your behalf from the CIS.

*The petition is pending at this time, going through the security
clearance process. Until the security checks have been completed,
we cannot move forward on the case. Security checks are required
to be completed on all applicants who apply for an Immigration
benefit.*

I hope this is helpful to you and please contact Anthony Lin in my Palo Alto District
Office with any updates on your case.

Thank you again for the opportunity to be of assistance.

Sincerely,

Anna G. Eshoo
Member of Congress

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS
THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE

# END OF DOCUMENT

## **Table Of Exhibits**

Affidavit of Rajesh Arasnanapali Varadhan – 01/18/2008........................    Exhibit A

I-140 Receipt Notice by Imagen Interactive Inc on behalf of Rajesh
Arasnanapali Varadhan – 12/09/2003...................................................    Exhibit B

I-140 Receipt Notice by Imagen Interactive Inc on behalf of Rajesh
Arasnanapali Varadhan – 09/05/2006...................................................    Exhibit C

Declaration of Bradley J. Brouillette – 04/23/2007..................................    Exhibit D

Declaration of Michael A. Cannon – 04/13/2007....................................    Exhibit E

USCIS Status Letter for Rajesh Arasnanapali Varadhan – 08/21/2007............    Exhibit F

Email Correspondence with VSC Premium Processing Regarding Rajesh
Arasnanapali Varadhan – 09/27/2006...................................................    Exhibit G

Email Correspondence with VSC Premium Processing Regarding Rajesh
Arasnanapali Varadhan – 10/23/2006...................................................    Exhibit H

Email Correspondence with VSC Premium Processing Regarding Rajesh
Arasnanapali Varadhan – 07/26/2007...................................................    Exhibit I

USCIS InfoPass for Rajesh Arasnanapali Varadhan – 07/20/2007.................    Exhibit J

USCIS InfoPass for Rajesh Arasnanapali Varadhan – 09/26/2007.................    Exhibit K

Letter from USCIS Ombudsman Regarding Rajesh Arasnanapali Varadhan –
09/21/2007.....................................................................................    Exhibit L

Letter from USCIS Regarding Rajesh Arasnanapali Varadhan – 11/09/2007......    Exhibit M

Letter from US Congresswoman Anna G. Eshow Regarding Rajesh
Arasnanapali Varadhan – 08/20/2007...................................................    Exhibit N

Letter from US Congresswoman Anna G. Eshow Regarding Rajesh
Arasnanapali Varadhan – 01/10/2008...................................................    Exhibit O

End of Document