**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RAJESH ARASANAPALAI VARADHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cv-00296 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, | ) | Judge Colleen Kollar-Kotelly |
| U.S. Attorney General, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS' ANSWER**

Comes now, Plaintiff and Defendants, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), and request that this Honorable Court enlarge the time for Defendants to file their responses to his Complaint for Writ of Mandamus by thirty (30) days. This request is made before the expiration of the time period for these responses and is further made for good cause. Undersigned counsel has been informed by Plaintiff that his employer received a Request for Evidence ("RFE") issued by the U.S. Citizenship and Immigration Services in his I-140 case and the processing of the response to this RFE may lead to the resolution of the instant case.

In the interest of judicial economy and fairness to all parties involved, the parties respectfully request that the enlargement of time requested above be granted and that the Defendants in this case be given such additional time to respond to his Complaint.

      Respectfully submitted,

      /s_____
      Aron A. Finkelstein, Esquire
      Attorney Bar No. MD25560
      Murthy Law Firm
      10451 Mill Run Circle, Suite 100
      Owings Mills, MD 21117
      (410) 356-5440; (410) 356-5669 (fax)
      Counsel for Plaintiff

_____/s/_____.
JEFFREY A. TAYLOR, D.C. BAR # 598610
United States Attorney

/s_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/ Robin M. Meriweather      .
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198 Fax: (202) 514-8780

Date:   April 28, 2008