UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJESH ARASANAPALAI VARADHAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:08-cv-00296 (CKK) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL B. MUKASEY, ) | |
| U.S. Attorney General, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS' ANSWER**

Defendants, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), respectfully request that this Honorable Court enlarge the time for Defendants to file their answer or otherwise respond to Plaintiff's Complaint for Writ of Mandamus by fifteen (15) days, up to and including June 12, 2008. Defendants' answer currently is due May 28, 2008. In accordance with Local Rule 7(m), counsel for Defendants contacted Plaintiff's attorney, and Plaintiff consents to this enlargement of time.

There is good cause to grant this enlargement. As stated in the parties' joint motion for an enlargement of time, Plaintiff's employer received a Request for Evidence ("RFE") issued by the U.S. Citizenship and Immigration Services in connection with the I-140 application at issue in this case. The processing of the response to this RFE may lead to the resolution of the instant dispute, as Plaintiff seeks to compel USCIS to complete its adjudication of the I-140 application. The attorney representing the employer previously informed counsel for the Defendants that the RFE response would be submitted on or before May 6, 2008. The prior enlargement of time which the parties sought was based upon that information, and the parties therefore agreed to a revised answer deadline of May 28, 2008. However, the RFE response was not submitted on May 6, 2008, and instead was submitted approximately ten days ago. Therefore, the

adjudicator has not yet had sufficient time to complete the review of the RFE response and the I-140 application. Defendants anticipate that the review will be completed within the next fifteen days.

      Defendants respectfully submit that this enlargement of time would serve the interest of judicial economy and fairness to all parties involved. Granting Defendants an additional fifteen (15) days to submit an answer will permit the parties to continue to pursue an administrative resolution to this dispute, and may avoid potentially unnecessary litigation. Enlarging the answer deadline to June 12, 2008 should cause no prejudice to either party.

      Respectfully submitted,

      /s/
JEFFREY A. TAYLOR, D.C. BAR # 598610
United States Attorney

/s
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780

Date:  May 27, 2008