UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJESH ARASANAPALAI VARADHAN,   ) | |
|                                                                                ) | |
| Plaintiff,                              ) | Case No. 1:08-cv-00296 (CKK) |
|                                                                                ) | |
| v.                                                    ) | |
| MICHAEL B. MUKASEY,                          ) | |
| U.S. Attorney General, et al.,                ) | |
|                                                                                ) | |
| Defendants.                         ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice.  Each side shall bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
|   /s/ by RMM |   /s/ |
| Aron A. Finkelstein, Esquire | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| Attorney Bar No. MD25560 | United States Attorney |
| Brian S. Green | |
| Murthy Law Firm |   /s/ |
| 10451 Mill Run Circle, Suite 100 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Owings Mills, MD 21117 | Assistant United States Attorney. |
| (410) 356-5440; (410) 356-5669 (fax) | |
| *Counsel for Plaintiff* |   /s/ Robin M. Meriweather |
| | ROBIN M. MERIWEATHER, D.C. Bar # 490114 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-7198; Fax (202) 514-8780 |
| | Robin.Meriweather2@usdoj.gov |
| | |
| | *Counsel for Defendants* |